Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Florida__

__Tampa__ Division

| | |
|---|---|
| Christine E. Stahl, LtCol, USAF <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Lisa S. Disbrow, Under Secretary of the Air Force, et. al. <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. __8:17cv482T17JSS__ <br> _(to be filled in by the Clerk's Office)_ <br><br> 2017 FEB 27 PM 1:47 <br> CLERK US DISTRICT COURT <br> MIDDLE DISTRICT OF FLORIDA <br> TAMPA FLORIDA <br> FILED |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Christine E. Stahl MD
   Street Address: 4606 S. Matanzas Ave.
   City and County: Tampa, FL (Hillsborough)
   State and Zip Code: FL 33611
   Telephone Number: (706) 830-6528
   E-mail Address: christine.stahl@ymail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

TPA-Y2048
$400

Page 1 of 6

Defendant No. 1
- Name: Lisa S. Disbrow
- Job or Title (if known): Under Secretary of the Air Force
- Street Address: 1690 Air Force Pentagon
- City and County: Washington DC + Arlington County
- State and Zip Code: District of Columbia
- Telephone Number: ~~1-800-423-8723~~ (703) 697-3039
- E-mail Address (if known): http://www.af.mil/ContactUs.aspx

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*The 5th Amendment to the United States Constitution prevents the USAF from discharging a member involuntarily without cause + in violation of pertinent Air Force regulations.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____

          and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.   See attached.

A.    Where did the events giving rise to your claim(s) occur?

B.    What date and approximate time did the events giving rise to your claim(s) occur?



**DEPARTMENT OF THE AIR FORCE**
6TH AIR MOBILITY WING (AMC)
MACDILL AIR FORCE BASE, FLORIDA

27 February 2017

## III. Statement of Claim

I am an Active Duty USAF LtCol. I am presently serving as Medical Director of the Internal Medicine Clinic at MacDill AFB. As such, I am also the director of the ambulatory rotations at MacDill for 42 residents from Brandon Regional Hospital. I was decorated as Flight Surgeon of the Year for Air Mobility Command, 2012 and nominated by my command for Military Health Service Female Physician in 2016.

I am now serving the 3rd year of a 4 year Multiyear Specialty Incentive Pay Contract. Contemporaneously, I have completed 3 out of 4 years of a contract to roll over my 911 GI bill benefits to my children.

I believe that I am being discharged from the military without cause and in violation of Air Force regulation, Congressional mandate, and 5th amendment due process rights.

I have served on Active Duty for 17 years and 9.5 months. During this time I was deployed for 2.5 years. I am a Colonel select and 2.5 months shy of promotion to full colonel rank. I would reach sanctuary in 2.5 months, which has important implications for my retirement.

After deploying to Afghanistan for 1 year from Mar 2012 to Mar 2013, I suffered hardship. I lost my mother to breast cancer and the following month my husband of 17 years filed for divorce. By the end of the year, I was divorced with 50:50 timesharing custody of two children age 10 and 16.

I turned myself inside out in an effort to persuade the Colonel's group assignment officers in the Pentagon to offer me an assignment locally or a temporary assignment elsewhere (deployment, multiple temporary duties). My requests were denied and I was directed to ask for separation and join the reserves. I was told that I had no other option. This was incorrect and illegal. Illegal because AF regulations provide that a member may request a hardship waiver in lieu of assignment.

As ordered, I applied for separation on 16 Mar 16 for a 1 July 16 separation date. I was ordered to complete paperwork that is given to officers who are administratively discharged for cause. I was not separated during this 3.5 month timeframe as promised. On 21 May 16 I was advised that I had been promoted to the rank of full Colonel and was ordered my commanding officer to "pin on" the rank of Colonel by the next working day. Two months later on 18 Jul 16, I was ordered to remove the rank and replace it with the rank of LtCol. No explanation or apology was given. These measures were extremely humiliating for me. First, I was promoted without a promotion ceremony, unprecedented in peacetime. Subsequently, I was forced to explain this to countless people- why I had been demoted, something I did not understand myself.

I assumed that this was an error, but later discovered that my promotion and demotion had an ulterior motive. I learned that I had been promoted to prevent me from joining the reserves as ordered. This

**UNRIVALED GLOBAL REACH FOR AMERICA...ALWAYS!**

made it possible for the Air Force to postpone my separation for 11 months. When my colleague, LtCol Tia was deployed to Afghanistan (10 April-31 Oct 16), it became necessary to retain me since I was the only remaining Active Duty internist, in a group consisting of 6 internists. I now know that my bogus promotion and my colleague's deployment were planned simultaneously.

In 16 November 2016, I learned that under Air Force regulations that I had a right to withdraw my request for separation and did so. The Air Force immediately responded by telling me that I would be separated, not withstanding my request. Subsequently, I received orders on 9 Jan 17 with a voluntary honorable discharge to separate effective 01 Feb 17 (14 working days to the effective date of separation).

When I consulted the JAG, Area Defense Counsel on base, I was told that I could not be provided assistance since mine was a case of voluntary honorable discharge and not a case suitable for court martial. Additionally, I was obstructed from being able to defend myself by having to continue to see existing patients and given additional duties by my command. Attempt was made to take my office/computer away from me.

On 26 Jan 17 I wrote the lead assignments officer for the Colonel's group, LtCol Somers, notifying him that he was violating a congressional mandate by not allowing me to complete the 5 day congressionally mandated Transition Assistance Program (TAP). Congress has mandated that TAP should be completed No Later Than 90 days prior to the effective date of orders. The purpose of TAP is to assist military members in transitioning to civilian life. It deals with personal finances, employment, and VA benefits, etc.

I have exhausted every recourse available to military members, including placing an Inspector General complaint and appealing to my local congresswoman, who has championed my cause enthusiastically. I love serving my country, my military career and taking care of my active duty and retiree patients. I am being discharged involuntarily and without cause. I have received no written response from my last request to withdraw separation from my Wing commander or the Secretary of Air Force Personnel Counsel. I interpret this as refusal to grant withdrawal of my separation request since my separation orders are effective in two days on 1 Mar 17.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

(1) Loss of income and professional pay (current Active Duty service Commitment).
(2) Loss of retirement benefits (eligible in 2yrs).
(3) Loss of health benefits for self and two children.
(4) Loss of contract for transfer of GI bill to children.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) Emergency injunction preventing the Air Force from separating me on 1 Mar 17 or requiring the Air Force to immediately reinstate me if this date passes.
(2) Prevention of further retaliation against me.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   27 Feb 17

Signature of Plaintiff

Printed Name of Plaintiff   CHRISTINE E. STAHL, Lt Col, MC, FS

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address